UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAIDA BIRRUETA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEA-MAR COMMMUNITY HEALTH CENTERS and TEAMSTERS LOCAL NO. 760,<br><br>                    Defendants. | NO: 13-CV-3096-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Dismissal of Action (ECF No. 16).  Pursuant to the parties' stipulation, the Court will dismiss this case without prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(1)(B).

//

//

//

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulated Dismissal of Action (ECF No. 16), all claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 30, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2